UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                              )
                                    )
LOUIS DEXTER PROSSER and            )   No. 08-72163
JANEEN SUE PROSSER,                 )
                                    )
        Debtors.                    )

## APPLICATION TO EMPLOY ATTORNEYS

NOW COMES Jeffrey D. Richardson, Chapter 7 Trustee, and for his Application respectfully states as follows:

1. The Debtors filed their Voluntary Petition for Relief under Chapter 7 of the United States Bankruptcy Code on September 4, 2008.

2. The case was closed by the Court on February 9, 2009.

3. The case was reopened last year on March 24, 2020 and I was reappointed the Trustee.

4. The reason for the appointment was to administer a Roundup products liability/personal injury claim of the Debtor, Louis Prosser.

5. Between the time the case was closed and the time the case was reopened, the Debtor entered into a Contingent Fee Agreement on June 6, 2017 to employ Andrus Wagstaff, P.C., 7171 W. Alaska Drive, Lakewood, CO 80226, tel: (303) 376-6360 and Lawrence Litigation Group, LP, 1250 Connecticut Ave. NW, Suite 200, Washington, DC 20036, tel: (516) 228-8043 to represent him in connection with his Roundup claim.

6. Attached as Exhibit "A" is a copy of the Contingent Fee Agreement.

7. Under the terms of the 2017 contract signed by the Debtor, the Debtor agreed to pay his attorneys 40% of the gross amount collected plus expenses.

2

8.  As Trustee in this case, I seek permission to continue the employment of the Andrus Wagstaff, PC and Lawrence Litigation Group, LLP to pursue the Debtor's settlement award.

WHEREFORE, Jeffrey D. Richardson, Chapter 7 Trustee, respectfully prays that this Court enter an Order authorizing the employment of the law firm of Andrus Wagstaff, P.C. and Lawrence Litigation Group, LP subject to the terms set forth above.

/s/ Jeffrey D. Richardson
JEFFREY D. RICHARDSON
Chapter 7 Trustee
Registration No. 02330067
132 South Water Street, Suite 444
Decatur, IL  62523
Tel: 217/425-4082
E-mail: jdrdec@aol.com

CERTIFICATE OF SERVICE

The undersigned certifies that the above instrument was filed electronically with the Court on January 17, 2022, and that he has determined that the following persons are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

U. S. Trustee
Mr. Jeffrey Abbott
Mr. S. Blair Korschun
Mr. Erich M. Ramsey
Mr. James Anthony Salinas
Mr. Larry Spears
Ms. Gloria C. Tsotsos

/s/ Jeffrey D. Richardson

CERTIFICATE OF SERVICE

I certify that on January 17, 2022, at 5:00 p.m., I deposited a copy of the foregoing in a U.S. Post Office box at Millikin Court, 132 South Water Street, Decatur, Illinois, enclosed in an envelope with proper postage prepaid, addressed to the following in the manner set forth:

| Andrus Wagstaff, P.C. | Lawrence Litigation Group, LLP |
| --- | --- |
| 7171 W. Alaska Drive | 1250 Connecticut Ave. NW, Suite 200 |
| Lakewood, CO 80226 | Washington, DC 20036 |

/s/ Jeffrey D. Richardson